CLOSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



SHAWN NEAL,

        Plaintiff,

vs.

CITY OF DETROIT, a municipal corporation,
Detroit Police Officer MIGUEL BRUCE,
Detroit Police Officer, DERRYCK THOMAS,
Detroit Police Officer, ANDREW SIMS,
and BENNY NAPOLEON, Former Chief of
Police,

        Defendants.
_____/

Case No: 02-75102

JUDGE GERALD E. ROSEN
Magistrate R. Steven Whales



BRIAN A. KUTINSKY (P39107)
Attorney for Plaintiff
25505 W. Twelve Mile Road, Suite 1000
Southfield, Michigan 48034
(248) 353-5595

JACOB SCHWARZBERG (P37693)
Attorney for Defendants
1650 First National Building
Detroit, Michigan 48226
(313) 237-3036
_____/

### STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

At a session of said court held in the
U.S. District Court, Eastern District
of Michigan, Southern Division,

on    **MAY 26 2004**

PRESENT:   **GERALD E. ROSEN**
                U.S. DISTRICT COURT JUDGE

NOW COME the parties herein, by and through their attorneys, and the court being fully advised in the premises:

IT IS HEREBY ORDERED and agreed upon by the parties that this matter be dismissed with prejudice and without costs pending approval of City Council as the parties have reached a settlement agreement through the facilitation process;

IT IS FURTHER ORDERED and agreed upon by the parties that in the unlikely event that the City Council does not approve the settlement that this matter be automatically reinstated and scheduled for a pretrial conference.

_____
U.S. District Court Judge

Approved as to form,
notice of entry waived:

_____
BRIAN A. KUTINSKY
Attorney for Plaintiff

_____ (by consent)
JACOB SCHWARTZBERG
Attorney for Defendants

MINDELL, MALIN & KUTINSKY
Attorneys & Counselors
25505 WEST TWELVE MILE RD., SUITE 1000
SOUTHFIELD, MI 48034-1811
(248) 353-5595